AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

DONNA COLLINS, TONI COLLINS, and
TIRESHA DYKES

*Plaintiff*

v.

CITY OF NEW YORK, et. al.

*Defendant*

Civil Action No. CV11 - 0054

MAUSKOPF, J.

GOLD, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ANTHONY RICCI (Shield No. 29586)
c/o NYPD Staten Island gang Squad
305 Front Street
Staten Island, NY 10304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LEVENTHAL & KLEIN, LLP
45 MAIN STREET, SUITE 230
BROOKLYN, NY 11201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT C. HEINEMANN
CLERK OF COURT

Date: JAN 05 2011

*Signature of Clerk or Deputy Clerk*

---

DONNA COLLINS, ETAL

                                                Plaintiff(s)

                   - against -

CITY OF NEW YORK, ETAL

                                                Defendant(s)

Index # CV 11-0054 (RRM) (SMG)

Purchased January 5, 2011

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JUDITH ROGERS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 13, 2011 at 11:53 AM at

C/O NYPD 120TH PCT.
78 RICHMOND TERRACE
STATEN ISLAND, NY 10301

deponent served the within SUMMONS AND COMPLAINT on ANTHONY RICCI (SHIELD NO. 29586) therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to S.R.P.A.A. DIANA DIAZ a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 35 | 5'6 | 160 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O NYPD 120TH PCT.
78 RICHMOND TERRACE
STATEN ISLAND, NY 10301

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 19, 2011 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: April 19, 2011

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | JUDITH ROGERS |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1204329 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 529825 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Expires February 10, 2014 | Expires November 26, 2011 | Expires December 4, 2014 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728