UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DONNA COLLINS, TONI COLLINS, and
TIRESHA DYKES,

                                              Plaintiffs,

               -against-

CITY OF NEW YORK, ANTHONY RICCI, and
JOHN and JANE DOE 1 through 10, individually and
in their official capacities, (the names John and Jane
Doe being fictitious, as the true names are presently
unknown),

                                              Defendants.
------------------------------------------------------------x

**STIPULATION OF
SETTLEMENT AND ORDER OF
DISMISSAL**

11 CV 0054 (RRM)(SMG)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 26 2011 ★

BROOKLYN OFFICE

        **WHEREAS,** plaintiffs Donna Collins, Toni Collins, and Tiresha Dykes commenced this action by filing a complaint on or about January 5, 2011, alleging that the defendants violated plaintiffs' federal civil and state common law rights; and

        **WHEREAS,** defendants City of New York and Anthony Ricci have denied any and all liability arising out of plaintiffs' allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiffs has authorized their counsel to settle this matter on the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or attorneys' fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay to plaintiff Donna Collins the sum of seven thousand five hundred ($7,500.00) dollars, to plaintiff Toni Collins the sum of thirty-five thousand ($35,000) dollars, and to plaintiff Tiresha Dykes the sum of thirty-five thousand ($35,000), in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiffs agree to dismissal of all the claims against the defendants and to release the defendants, and any present or former employees and agents of the City of New York or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in this action, including claims for costs, expenses, and attorneys' fees.

3. Plaintiffs shall execute and deliver to defendant City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of Status of Liens. If Medicare has provided payment and/or benefits for any injury or condition that is the subject of this lawsuit, prior to tendering the requisite documents to effect this settlement, plaintiffs shall have notified Medicare and shall submit with the settlement documents a Medicare final demand letter for conditional payments. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiffs' rights, or the rights of any

other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. Plaintiffs agree to hold harmless defendants regarding any liens or past and/or future Medicare payments, presently known or unknown, in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, defendants reserve the right to issue a multiparty settlement check naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

7. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       7/22        , 2011

| | |
|---|---|
| BRETT KLEIN<br>*Attorney for Plaintiffs Donna Collins, Toni Collins, and Tiresha Dykes*<br>45 Main Street, Suite 230<br>Brooklyn, New York 11201 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendant City and Anthony Ricci*<br>100 Church Street, Rm. 3-208<br>New York, New York 10007 |
| By: /s/ Brett Klein<br>Brett Klein<br>*Attorney for Plaintiffs* | By: /s/ EKrasnow<br>Elizabeth N. Krasnow<br>*Assistant Corporation Counsel*<br><br>SO ORDERED:<br><br>s/Roslynn R. Mauskopf<br>HON. ROSLYNN R. MAUSKOPF<br>UNITED STATES DISTRICT JUDGE |

Dated: New York, New York
       7/25       , 2011